KENNETH G. PARKER (SBN 182911)
  kenneth.parker@haynesboone.com
ROBIN H. ROUNAGHI (SBN 171251)
  robin.rounaghi@haynesboone.com
HAYNES AND BOONE, LLP
18100 Von Karman, Suite 750
Irvine, California 92612
Telephone:  (949) 202-3000
Facsimile:  (949) 402-3001

THOMAS F.A. HETHERINGTON*
  tom.hetherington@emhllp.com
ERIC B. STORM
  eric.storm@emhllp.com
EDISON, MCDOWELL & HETHERINGTON LLP
3200 Southwest Freeway, Suite 2920
Houston, Texas 77027
Telephone:  (713) 337-5580
Facsimile:  (713) 337-8850
* *pro hac vice* motion filed

Attorneys for
PHL VARIABLE INSURANCE CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PHL VARIABLE INSURANCE CO., | Case No. 10-CV-00784-L-JMA |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASES** |
| THE PATRICIA SANFORD FAMILY INSURANCE TRUST, by and through its trustee, STEVE WEDEKING, and DOES 1-10, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that in compliance with Civil Local Rule 40.1(e) and (f) of the United States District Court for the Southern District of California, Plaintiff PHL Variable Insurance Company ("PHL"), identifies the following actions as "related cases" previously filed in this District:

1

1. This case, Case No. 10-CV-00784-L-BGS, filed April 14, 2010, styled *PHL Variable Insurance Co. v. The Patricia Sanford Family Insurance Trust, by and through its trustee, Steve Wedeking* is a "related case" within the meaning and intent of Civil Local Rule 40.1(f).

2. Case No. 09-CV-2344-BTM-POR, filed November 12, 2009, styled *PHL Variable Insurance Co. v. Clifton Wright Family Insurance Trust, by and through its trustee, Vincent M. Giordano* is a "related case" within the meaning and intent of Civil Local Rule 40.1(f).

3. Case No. 09-CV-02606-BTM-POR, filed November 18, 2009, styled *PHL Variable Insurance Co. v. Kenneth Green Family Insurance Trust, by and through its trustee, Vincent M. Giordano* is a "related case" within the meaning and intent of Civil Local Rule 40.1(f).

4. Case No. 10-CV-00240-BTM-POR, filed December 24, 2009, styled *PHL Variable Insurance Co. v. The James Evans Family Insurance Trust, by and through its trustee, Andrew Griffin* is a "related case" within the meaning and intent of Civil Local Rule 40.1(f).

5. Case No. 10-CV-00521-BTM-POR, filed March 11, 2010, styled *PHL Variable Insurance Co. v. The Abrams Family Irrevocable Life Insurance Trust, by and through its trustee, H. Bruce Abbott* is a "related case" within the meaning and intent of Civil Local Rule 40.1(f).

6. Case No. 10-CV-00661-BTM-POR, filed March 26, 2010, styled *PHL Variable Insurance Co. v. Kristian Giordano; and The Yvonne Travisano Family Insurance Trust, by and through its trustee, Brenda Barrera,* is a "related case" within the meaning and intent of Civil Local Rule 40.1(f).

7. Case No. 10-CV-00771-BTM-POR, filed April 13, 2010, styled *PHL Variable Insurance Co. v. Gabriel Giordano and The 2008 Baker Family Insurance Trust, by and through its trustee, Brenda Barrera and successor trustee,*

*Kasra Sadr* is a "related case" within the meaning and intent of Civil Local Rule 40.1(f).

8. Case No. 10-CV-01219-JLS-CAB, filed June 8, 2010, styled *PHL Variable Insurance Co. v. The Hyman Davidson 2008 Irrevocable Life Insurance Trust by and through its trustee, Steve Wedeking* is a "related case" within the meaning and intent of Civil Local Rule 40.1(f) (collectively the "Related Cases").

All aforementioned cases are "related" pursuant to Civil Local Rule 40.1(f) because they share common parties, claims, facts and questions of law.

Specifically, the Related Cases "involve some of the *same parties*." *See* Civ. Loc. R. 40.1(f)1 (emphasis added). PHL Variable Insurance Company is a party to all the Related Cases; most of the trustees are defendants in more than one of the Related Cases. The Related Cases are also "based on the *same or similar claims*." *See* Civ. Loc. R. 40.1(f)1 (emphasis added). In each Related Case, PHL seeks a declaratory judgment, pursuant to 28 U.S.C. §2201, that the life insurance policy is null, void and rescinded *ab initio*, due to misrepresentations and omissions on each of the defendants' insurance applications. In each of the Related Cases, PHL seeks a declaratory judgement, pursuant to California Insurance Code section 483(c), that each Trust is not entitled to a return of the Policy premiums due to actual fraud. Alternatively, PHL seeks a declaration that Phoenix may offset the damages arising from the fraud against premiums paid by those perpetrating the fraud pursuant to California Civil Code section 1692.

Finally, the Related Cases "[i]nvolve[s] *substantially the same facts* and the *same questions of law*." *See* Civ. Loc. R. 40.1(f)3 (emphasis added). In each of the Related Cases, the validity and enforceability of the life insurance policy is the central question of law and fact. PHL has alleged that each insured and insured trust misrepresented, among other things, net worth and income in completing the

3

**NOTICE OF RELATED CASES**

insurance application.  In each of the Related Cases, PHL also alleges that, despite representations to the contrary, the intent was to immediately sell the rights to the policy, creating an issue as to whether there was ever an insurable interest.

　　　　Because the facts, questions of law and many of the parties are similar, assignment of the above "related" cases to a single district judge will clearly promote judicial effort, economy and consistency.  Assignment of all Related Cases to the district judge with the lowest numbered case will avoid unnecessary duplication of judicial effort.  *See* Civ. Loc. R. 40.1(h).

Dated: June 18, 2010　　　　　　　　　　　　HAYNES AND BOONE, LLP

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Kenneth G. Parker
　　　　　　　　　　　　　　　　　　　　　　　　KENNETH G. PARKER

　　　　　　　　　　　　　　　　　　　　　　THOMAS F.A. HETHERINGTON
　　　　　　　　　　　　　　　　　　　　　　EDISON, McDOWELL &
　　　　　　　　　　　　　　　　　　　　　　HETHERINGTON LLP

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　PHL VARIABLE INSURANCE CO.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2010, I filed the foregoing **NOTICE OF RELATED CASES** with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

                                            /s/ Kenneth G. Parker
                                                Kenneth G. Parker